No. 82. DONNELLEY ET AL., COEXECUTORS; *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edward H. McDermott, Ellsworth C. Alvord,* and *Floyd F. Toomey* for petitioners. *Solicitor General Biggs, Assist-*

ant *Attorney General Wideman,* and *Messrs. James W. Morris, J. P. Jackson,* and *H. Brian Holland* for respondent.

